IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA KIRGIN | : CIVIL ACTION |
| | : |
| v. | : |
| | : 10-415 |
| | : |
| MERCANTILE ADJUSTMENT BUREAU, LLC | : |

### ORDER

AND NOW, this 22nd day of March, 2010, upon review of the Court's records, the Court notes that a request for default was due March 17, 2010, in accordance with the Court's March 3, 2010, Order, and there being no request for default filed, it is hereby **ORDERED** that the above-captioned case is **DISMISSED** for lack of prosecution. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.